# Court of Appeals of the State of Georgia

ATLANTA, March 03, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1323. DUANE ALLEN JENKINS v. ABM INDUSTRIES, INC. et al.**

On September 10, 2025, the trial court entered an order dismissing Duane Allen Jenkins's complaint. Thirty-three days later, on October 13, 2025, Jenkins filed a notice of appeal. However, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Because Jenkins did not file his notice of appeal within the statutory time frame, we are without jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/03/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*